J. Dunlop, for the other creditors,

Mr. Marbury, contra,

But THE COURT (MORSELL, Circuit Judge, not sitting) decided that as there was no time when the administrator could plead it, and as the act is peremptory, the judgment must be taken, prima facie, to be void; and rejected the claim.

## Case No. 4,657.

FARMERS' & MECHANICS' BANK v. STICKNEY et al.

[Brunner, Col. Cas. 543; [1] 8 Law Rep. 161.]

Circuit Court, D. Massachusetts. May Term, 1845.

Whereupon Mr. Coxe, for the plaintiffs,

Mr. Key cited Chit. Bills, 104.

THE COURT also rejected the set-off of the notes of W. W. Corcoran & Co., which were offered under the circumstances stated in this case before the supreme court. 1 Pet. [26 U. S.] 37.

Verdict for the defendant. Bills of exceptions were taken, but no new writ of error prosecuted.

## Case No. 4,656.

FARMERS' & MECHANICS' BANK v. MELVIN et al.

[2 Cranch, C. C. 614.] [1]

Circuit Court, District of Columbia. May Term, 1825.

[1] [Reported by Hon. William Cranch, Chief Judge.]

[1] [Reported by Albert Brunner, Esq., and here reprinted by permission.]